1  LISA C. GILINGER LAW OFFICES
   LISA GILINGER
2  635 N. Alisos Street
3  Santa Barbara, California 93103-2557
   Telephone Number: 805-568-5370
4  Fax number: 805-568-5149
5  E-mail: lisa@lisagilinger.com

6
   Attorney for Plaintiff
7

8  STEPHANIE YONEKURA
   Acting United States Attorney
9  LEON W. WEIDMAN
10 Assistant United States Attorney
   Chief, Civil Division
11 SCOTT J. BORROWMAN, CSBN 241021
12 Special Assistant United States Attorney
        Social Security Administration
13      160 Spear Street, Suite 800
14      San Francisco, California 94105
        Telephone:  (415) 977-8942
15      Facsimile:  (415) 744-0134
16      E-Mail:  scott.borrowman@ssa.gov

17
18 Attorneys for Defendant

19                UNITED STATES DISTRICT COURT,
20                CENTRAL DISTRICT OF CALIFORNIA

21
22 JANETTE HAHKE,                    ) No. CV 13-5676 FFM
                                     )
23        Plaintiff,                 ) ORDER AWARDING EAJA FEES
                                     )
24 vs.                               )
                                     )
25 CAROLYN W. COLVIN, Acting         )
   Commissioner of Social Security,  )
26                                   )
                                     )
27        Defendant.                 )
28 _____

The Court hereby awards EAJA fees in the amount of $4,744.50, under 28 U.S.C. §2414(d).

After the Court awards EAJA fees, the government will consider the matter of assignment of EAJA fees to Plaintiff's attorney. Pursuant to <u>Ratliffe v. Astrue</u>, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. Fees shall be made payable to Plaintiff, but if the Department of Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment fees, to be made directly to LAW OFFICES OF LISA C. GILINGER, pursuant to the assignment executed by Plaintiff. Any payments shall be delivered to Plaintiff's counsel.

DATE: 4-29-15

/s/ _____
UNITED STATES MAGISTRATE JUDGE